PHILLIP A. TALBERT
United States Attorney
STEPHANIE STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
Aug 31, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WESTLEY VASSAR, <br><br> Defendant. | CASE NO. 1:23-cr-00175 JLT-SKO <br><br> MOTION AND ~~PROPOSED~~ ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on August 31, 2023 charging the above defendant with violations of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm- 2 Counts; 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment

///

///

or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: August 31, 2023

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By /s/ Stephanie Stokman
STEPHANIE STOKMAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: August 31, 2023

SHEILA K. OBERTO
U.S. Magistrate Judge