PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

**FILED**
Sep 13, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00175-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER TO UNSEAL INDICTMENT |
| WESTLEY VASSAR, | |
| Defendant. | |

    The Indictment in this case, having been sealed by Order of the Court on August 31, 2023, and it appears that it no longer need remain secret,

    The United States of America, by and through Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the Indictment in this case, be unsealed and made public record.

Dated: September 13, 2023

PHILLIP A. TALBERT
United States Attorney

By: */s/ Stephanie M. Stokman*
STEPHANIE M. STOKMAN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>WESTLEY VASSAR,<br><br>           Defendant. | CASE NO.  1:23-CR-00175-JLT-SKO<br><br>ORDER TO UNSEAL INDICTMENT |
|---|---|

  Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on August 31, 2023 be unsealed and become public record.

DATED: __Sep 13, 2023__                   _____
                                          HON. ERICA P. GROSJEAN
                                          U.S. MAGISTRATE JUDGE