HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
WESTLEY VASSAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WESTLEY VASSAR,<br><br>Defendant. | Case No. 1:23-cr-00175-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE;**<br><br>Date:   February 21, 2024<br>Time:  1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Westley Vassar, that the status conference currently scheduled for December 6, 2023, at 1:00 p.m. may be continued to February 21, 2024, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. This is the first scheduled status conference in this matter. The defense is in the process of reviewing the discovery and has advised the government that it intends to submit additional discovery requests. In addition to requiring time to accomplish this, the defense requires additional time to conduct investigation and research into issues relating to the case. Accordingly, the parties are requesting that the matter be continued for a further status conference. The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that

1  failure to grant the above-requested continuance would deny him the reasonable time necessary
2  for effective preparation, taking into account the exercise of due diligence. The government does
3  not object to the continuance.
4      Based on the above-stated findings, the ends of justice served by continuing the case as
5  requested outweigh the interest of the public and the defendant in a trial within the original date
6  prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial
7  Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December
8  6, 2023, to February 21, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§
9  3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by
10 the Court at defendant's request on the basis of the Court's finding that the ends of justice served
11 by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 29, 2023

*/s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 29, 2023

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
WESTLEY VASSAR

**O R D E R**

**IT IS SO ORDERED.** The time period to February 21, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The status conference currently scheduled for December 6, 2023, at 1:00 p.m. is hereby continued to February 21, 2024, at 1:00 p.m.

Date: 11/29/23

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge