1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   WESTLEY VASSAR
7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:23-cr-00175-JLT-SKO
12 | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE;**
13 | vs. |
14 | WESTLEY VASSAR, | Date:  May 15, 2024
   |                 | Time:  1:00 p.m.
15 | Defendant. | Judge: Hon. Sheila K. Oberto

16

17       IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant

19 Federal Defender Reed Grantham, counsel for Westley Vassar, that the status conference

20 currently scheduled for February 21, 2024, at 1:00 p.m. may be continued to May 15, 2024, at

21 1:00 p.m.

22       The parties agree and stipulate, and request that the Court find the following. This is the

23 second scheduled status conference in this matter. The defense has reviewed the initial discovery

24 provided and has advised the government that it intends to submit additional discovery requests.

25 In addition, the defense requires additional time to conduct investigation into the charges in the

26 case and to research relevant legal issues pertaining to the case. Accordingly, the parties are

27 requesting that the matter be continued for a further status conference. The requested

28 continuance will conserve time and resources for the parties and the Court. Counsel for

defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 21, 2024, to May 15, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 14, 2024

*/s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 14, 2024

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
WESTLEY VASSAR

# **O R D E R**

**IT IS SO ORDERED.** The time period to May 15, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The status conference currently scheduled for February 21, 2024, at 1:00 p.m. is hereby continued to May 15, 2024, at 1:00 p.m.

Date: 2/15/2024

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge