HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
WESTLEY VASSAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WESTLEY VASSAR,<br><br>Defendant. | Case No. 1:23-cr-00175-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:   November 20, 2024<br>Time:  1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Westley Vassar, that the status conference currently scheduled for August 7, 2024, at 1:00 p.m. may be continued to November 20, 2024, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. Counsel for Mr. Vassar has reviewed the initial discovery provided and has submitted additional discovery requests to the government. The government has indicated that those requests are being processed and responsive discovery will be provided soon. In addition, the government has recently extended a plea agreement in this matter. Counsel for Mr. Vassar requires additional time to continue to investigate the allegations in this case, to conduct research into the relevant issues in the case, and to review the recently provided plea agreement with Mr. Vassar and to

engage in any additional plea negotiations.

Accordingly, the parties are requesting that the matter be continued for a further status conference. The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to November 20, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                Respectfully submitted,

                PHILLIP A. TALBERT
                United States Attorney

Date: July 26, 2024                */s/ Stephanie Stokman*
                STEPHANIE STOKMAN
                Assistant United States Attorney
                Attorney for Plaintiff

                HEATHER E. WILLIAMS
                Federal Defender

Date: July 26, 2024                */s/ Reed Grantham*
                REED GRANTHAM
                Assistant Federal Defender
                Attorney for Defendant
                WESTLEY VASSAR

**O R D E R**

**IT IS SO ORDERED.** The time period to November 20, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The status conference currently scheduled for August 7, 2024, at 1:00 p.m. is hereby continued to November 20, 2024, at 1:00 p.m.

Date: 7/26/2024

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge