HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
WESTLEY VASSAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00175-JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET TRIAL DATE |
| vs. | |
| WESTLEY VASSAR, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant

Federal Defender Reed Grantham, counsel for Westley Vassar, that the status conference hearing

currently scheduled for November 20, 2024, at 1:00 p.m. may be vacated and that a trial date be

set on August 12, 2025, at 8:30 a.m.

Pursuant to the minute order issued by this Court on November 4, 2025 (Dkt. #24), the

parties are submitting this stipulation to vacate the current status conference and to set a trial

date. The parties agree and stipulate, and request that the Court find the following. Additional

discovery was provided by the government in September 2024. Counsel for Mr. Vassar is in the

process of reviewing that discovery and discussing the case with Mr. Vassar. The parties have

had initial discussions regarding a resolution in this matter, but more time is needed to further

undertake those discussions. In order to provide the parties with sufficient time to accomplish a

full review of the case and discovery, to further engage in plea discussions, and to account for both counsel's trial schedules, the parties are requesting that the matter be set for trial on August 12, 2025. The parties estimate a trial length of between 2 and 3 days.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 20, 2024, to August 12, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 14, 2024          */s/ Stephanie Stokman*
                                 STEPHANIE STOKMAN
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

                                 HEATHER E. WILLIAMS
                                 Federal Defender

Date: November 14, 2024          */s/ Reed Grantham*
                                 REED GRANTHAM
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 WESTLEY VASSAR

1

**O R D E R**

2

      **IT IS SO ORDERED.** The status conference hearing currently scheduled for November

3

20, 2024, at 1:00 p.m. is vacated, and a trial date is set for August 12, 2025, at 8:30 a.m.

4

      The time period from November 20, 2024, to August 12, 2025, inclusive, is deemed

5

excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it

6

results from a continuance granted by the Court at defendant's request on the basis of the Court's

7

finding that the ends of justice served by taking such action outweigh the best interest of the

8

public and the defendant in a speedy trial.

9

10

11

Date: 11/14/2024 _____

12

     *Sheila K. Oberto*
     _____
     Hon. Sheila K. Oberto
     United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28