1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   WESTLEY VASSAR
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   | Case No. 1:23-cr-00175-JLT-SKO

12 |         Plaintiff,           | STIPULATION TO CONTINUE TRIAL;
                                    ORDER
13 | vs.                          |

14 | WESTLEY VASSAR,              |

15 |         Defendant.           |

16

17        IT IS HEREBY STIPULATED, by and between the parties through their respective

18 counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant

19 Federal Defender Reed Grantham, counsel for Westley Vassar, that the trial currently scheduled

20 for August 12, 2025, at 8:30 a.m. be continued to December 2, 2025, at 8:30 a.m.

21        This matter is currently set for trial on August 12, 2025. *See* Dkt. #26. The parties have

22 had substantive plea discussions; however, those discussions are ongoing. Counsel for Mr.

23 Vassar requires additional time to research and look into several issues related to the application

24 of the U.S. Sentencing Guidelines that would impact the ongoing plea discussions. Both parties

25 are hopeful that this matter can be resolved prior to trial, and that a continuance of the trial date

26 to the date proposed herein will enable the parties to resolve this matter without the need for a

27 trial. The requested continuance factors in counsel's time commitments in other matters,

28 including a trial scheduled to commence August 19, 2025, and leave occurring during this

1  period. Accordingly, the parties are requesting to continue the trial in this matter to December 2,
2  2025.
3      The requested continuance is made with the intention of conserving time and resources
4  for both the parties and the Court. The government is in agreement with this request and the
5  requested date is a mutually agreeable date for both parties. The parties stipulate that for the
6  purpose of computing time under the Speedy Trial Act, the Court should exclude time from the
7  date of this order through December 2, 2025, for continued plea negotiations, and defense
8  preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties
9  agree that the ends of justice are served by resetting the status conference date outweigh the best
10  interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 11, 2025                 */s/ Reed Grantham*
                                    REED GRANTHAM
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    WESTLEY VASSAR


MICHELE BECKWITH
Acting United States Attorney

Date: June 11, 2025                 */s/ Stephanie Stokman*
                                    STEPHANIE STOKMAN
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

Vassar – Stipulation                -2-

**O R D E R**

**IT IS SO ORDERED.** The trial currently set for August 12, 2025, at 8:30 a.m. is hereby continued to December 2, 2025, at 8:30 a.m.

The time through December 2, 2025, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **June 12, 2025**                     /s/ Jennifer L. Thurston
                                                              UNITED STATES DISTRICT JUDGE