HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
WESTLEY VASSAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00175-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| vs. | |
| WESTLEY VASSAR, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Westley Vassar, that the sentencing hearing currently scheduled for February 17, 2026, at 9:00 a.m. may be continued to May 11, 2026, at 9:00 a.m.

Mr. Vassar entered a plea of guilty to Count 3 of the Indictment on November 10, 2025. *See* Dkt. #34. At that time, sentencing was set for February 17, 2026. *See* Dkt. #34. The draft Presentence Investigation Report (PSR) was prepared and provided to the parties on January 6, 2026.

For the following reasons, the parties are in agreement to continue sentencing in this matter to May 11, 2026. First, counsel for Mr. Vassar requires additional time to go over the

draft PSR in detail with Mr. Vassar. Arrangements had been made by counsel to speak with Mr. Vassar by Zoom from where he is in pretrial custody at the Lerdo Detention Facility on Tuesday, January 13, 2026, however, counsel was informed that morning that Lerdo was having power issues and that no Zoom or phone calls could be arranged for the week of January 12, 2026. Additionally, counsel for Mr. Vassar has requested Mr. Vassar's California Department of Corrections and Rehabilitation records and is awaiting these records. A request for these records was made on December 15, 2025. Lastly, in light of the draft PSR, counsel for Mr. Vassar requires additional time to investigate and research numerous issues that would impact the applicable guideline range in this matter.

After consulting with government counsel and the assigned probation officer, May 11, 2026, is a mutually agreeable date for the parties. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court, and takes into consideration the availability of counsel and the need to be sufficiently prepared for sentencing. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 15, 2026        */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
WESTLEY VASSAR

ERIC GRANT
United States Attorney

Date: January 15, 2026        */s/ Antonio Pataca*
ANTONIO PATACA
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, February 17, 2026, at 9:00 a.m. be continued to Monday, May 11, 2026, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **January 16, 2026**

_____
UNITED STATES DISTRICT JUDGE

Vassar – Stipulation                                        -3-