HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2228
Telephone: 559.487.5561

Attorney for Defendant
WESTLEY VASSAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:23-cr-00175-JLT-SAB |
| *Plaintiff,* | |
| v. | MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL |
| WESTLEY VASSAR, | |
| *Defendant.* | |

Reed Grantham, Assistant Federal Defender, and counsel of record in the above-captioned case, hereby moves for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent defendant WESTLEY VASSAR. As grounds, he states:

1. The Federal Defender's Office was appointed to represent Westley Vassar on September 15, 2023, at his arraignment and plea on the Indictment. Dkt. #7.

2. At the time of appointment, the undersigned was an Assistant Federal Defender with the Federal Defender's Office in Fresno.

3. Effective May 16, 2026, the undersigned will no longer be with the Federal Defender's Office in the Eastern District of California.

4. As Mr. Vassar is still in need of counsel to represent him, our office has contacted CJA panel attorney Kevin Rooney, who is available and willing to accept the appointment.

5.  Accordingly, the undersigned requests that he be permitted to withdraw from the case, and that new counsel, Kevin Rooney, be appointed.

Respectfully submitted,

DATED: May 8, 2026

/s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for WESTLEY VASSAR

**O R D E R**

IT IS SO ORDERED that the Office of the Federal Defender may withdraw from its representation of WESTLEY VASSAR, and that CJA panel counsel, Kevin Rooney, shall be appointed.

IT IS SO ORDERED.

Dated:   **May 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge

Vassar: Motion to Withdraw