ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00175-JLT-SAB |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| WESTLEY VASSAR. | |
| Defendant. | |

## STIPULATION

1.      By previous order, this matter was set for a sentencing hearing on July 13, 2026.

2.      By this stipulation, the parties move to continue the sentencing hearing to October 26, 2026. The parties require additional time to conduct research into sentencing issues, draft objections, and otherwise prepare for sentencing.

Dated: June 12, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By      */s/ Antonio J. Pataca*
ANTONIO J. PATACA
Assistant United States Attorney

Dated: June 12, 2026

By:      */s/ Kevin P. Rooney*
KEVIN P. ROONEY
Attorney for Defendant
Westley Vassar

Stipulation

1

ORDER

The Court, having received and considered the Stipulation of the parties, and good cause appearing therefore, hereby FINDS and ORDERS as follows:

The Court continues the sentencing hearing currently scheduled on July 13, 2026, to October 26, 2026.

IT IS SO ORDERED.

Dated:   **June 12, 2026**

UNITED STATES DISTRICT JUDGE

Stipulation

2