Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, WESTLEY VASSAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>WESTLEY VASSAR,<br>Defendant. | Case No.: 1: 23 CR 175 JLT/SAB<br><br>Stipulation and Order To Continue Sentencing Date and Modify PreSentence Investigation Referral Schedule: |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. That sentencing and other issues in this case are complex and that additional time is needed to address them. The parties have agreed that a sentencing date of January 25, 2027 is appropriate. Mr. Vassar is in custody and is agreeable with delaying his sentencing. The bases for this delay are specified below.

2. Current defense counsel was appointed on May 8, 2026. Counsel had no previous involvement in or knowledge of this case.

3. There are complex sentencing issues in this case. The Ninth Circuit ruled on July 28, 2026, that California Penal Code § 273.5[1] is not a crime of violence for federal sentencing

purposes. *United States v. Lopez,* _ F.4th _, 9th Cir. 2026) 2026 WL 2165840. That decision impacts the offense level calculation for Mr. Vassar and counsel delayed substantive work pending that decision.

According to prior counsel's notes, discovery indicates that Mr. Vassar was arrested on four occasions from April 2023 – July 2023 and each incident may be considered relevant conduct despite an agreement from the government that one incident is not relevant conduct.

The PSR calculated 26 criminal history points from approximately 15 convictions and numerous supervision violations.

Mr. Vassar has a complex personal history.

4. On August 13, 2026, counsel attempted to discuss this case with Mr. Vassar through a Zoom conference scheduled with the Lerdo PreTrial custody facility. Counsel waited for the conference to begin, counsel's staff contacted the facility about the delay, and were advised that the conference had been cancelled due to the facility's staffing issues. The Federal Defender has advised counsel that the Lerdo facility frequently cancels Zoom meetings without notice.[1] Since August 13, counsel has discussed this matter with Mr. Vassar during unscheduled and brief calls initiated by Mr. Vassar.

5. Undersigned defense counsel failed to calendar the September 28 due date for informal objections. Counsel requires additional time to investigate, research, and draft

[1] Counsel proposed this topic – Lerdo cancelling Zoom meetings without notice – as an agenda item for the next Court and Agency meeting.

appropriate filings in this matter and a description of counsel's current and future workload and schedule follows.

On September 15, counsel filed an extensive motion to suppress evidence (32 pages of substantive pleadings) which required a great deal of time and attention. On September 25, counsel filed a reply regarding formal objections and a sentencing memo. Counsel is currently preparing complex formal objections which are due on October 5. Counsel will attend an in-custody Probation interview on October 2 at the Fresno County Jail and will meet with the client on October 1 to prepare. Counsel is responsible for the following Court appearances and obligations:

October 5 – federal sentencing

October 6 – multiple case appearances in Yosemite National Park

October 7 – federal probation interview in Sacramento- the court ordered case transferred from Fresno to Sacramento

October 9 – two appearances in Madera County Superior Court

October 12 – federal change of plea

October 13 – Fresno County Superior Court appearance

October 15 – Government response due to motion to suppress evidence obtained from two search warrants. Defense reply due November 4.

October 16 - Fresno County Superior Court appearance

October 19 – federal sentencing

October 19 - Madera County Superior Court- hearing regarding motions to suppress evidence, dismiss charges, and for discovery sanctions

October 21- trial - Yosemite National Park

October 26 – Mr. Vassar's currently scheduled sentencing

October 27 - Fresno County Superior Court appearance

November 2 – federal sentencing and informal objections due in two cases

November 3 - Fresno County Superior Court appearance

November 6 - Fresno County Superior Court appearance

November 8 – 20 – International travel – booked in April 2026

Novemmber 16 – informal objections due

November 23 – formal objections due in 2 cases

November 30 – formal objections due

December 7 – hearing on motion to suppress evidence and two federal sentencings

December 9 – federal status conference

December 11- federal sentencing Sacramento

December 14 – two federal sentencings

December 21 – federal pretrial conference

December 28 – initial briefing due for California writ action

January 4, 2027 – federal trial confirmation

January 20 – federal trial

January 27 - reply briefing for California writ action

February 11 – California writ hearing – Sacramento County Superior Court

6. The parties agree that the following schedule is appropriate:

Sentencing: January 25, 2027

Formal Objections - Reply/Statement of NonOpposition: January 18, 2027

Formal Objections: January 11, 2027

Informal Objections: December 14, 2026

Dated: October 1, 2026

ERIC GRANT, UNITED STATES ATTORNEY

s/ Antonio Pataca
ANTONIO PATACA
Assistant United States Attorney

Dated: October 1, 2026

Respectfully submitted,

/s Kevin Rooney
KEVIN P. ROONEY
Attorney for defendant
WESTLEY VASSAR

ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that sentencing in this matter shall be held on January 25, 2027 and that filings shall comply with the schedule set forth in the October 1, 2026 stipulation between the parties.

IT IS SO ORDERED.

Dated: _October 1, 2026_

UNITED STATES DISTRICT JUDGE